**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of __New Jersey__
                           (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Zuber Brewing Company

**2. All other names debtor used in the last 8 years**
d/b/a Demented Brewing Company

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  46 - 2963118

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 600 Lincoln Boulevard | |
| Number  Street | Number  Street |
| | P.O. Box csDBCSZ01 |
| Middlesex  NJ  08846 | |
| City  State  ZIP Code | City  State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Middlesex | |
| County | Number  Street |
| | City  State  ZIP Code |

**5. Debtor's website (URL)**  www.dementedbrewing.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  __Zuber Brewing Company_____    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____3121_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201 A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.  District _____ When __/__/____ Case number _____
                                            MM / DD / YYYY

If more than 2 cases, attach a separate list.

      District _____ When __/__/____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.  Debtor _____ Relationship _____
      District _____ When __/__/____
      Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor **Zuber Brewing Company**
_____Name_____

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor  Zuber Brewing Company
       Name

Case number (*if known*)

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [x] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/18/2018
            MM / DD / YYYY

X /s/ Thomas Zuber
Signature of authorized representative of debtor

Printed name: Thomas Zuber

Title: President

**18. Signature of attorney**

X /s/ Christopher A. Lynch
Signature of attorney for debtor

Date: July 18, 218
      MM / DD / YYYY

Christopher A. Lynch
Printed name

Reed Smith
Firm name

599
Number

Lexington Avenue
Street

New York          NY        10022
City              State     ZIP Code

212-521-5400              clynch@reedsmith.com
Contact phone             Email address

3656-2003                 N.J.
Bar number                State

# UNANIMOUS WRITTEN CONSENT

# OF THE

# BOARD OF DIRECTORS

# OF

# ZUBER BREWING COMPANY

*(Pursuant to Section 14A:6-7.1 of the New Jersey Business Corporation Act)*

The undersigned, the sole director of Zuber Brewing Company, a New Jersey corporation (the "Corporation"), hereby waives any and all notice and requirements for holding a meeting of the Board and, pursuant to Section 14A:6-7.1 of the New Jersey Business Corporation Act, hereby takes the following actions and adopts the following resolutions :

**WHEREAS,** based on a review and consideration of the financial and operational conditions business on the date hereof, including the historical performance, the assets, the long-term liabilities and the credit and credit market conditions, of the Corporation it appears to be in the best interests of the Corporation that it should file a voluntary bankruptcy petition under the provision of Title 11 of the United States Code in the U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Case"); and

**NOW THEREFORE BE IT:**

**RESOLVED,** that the Corporation file a petition for a reorganization (the "Petition") under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") and that the proper officers of the Corporation be, and each of them hereby is, individually authorized, directed and empowered to execute and deliver the Petition and each other document required to be executed and/or delivered by the Corporation, in the name, and on behalf, of the Corporation; and be it further

**RESOLVED,** that Corporation engage and retain the law firm of Reed Smith LLP, to act as counsel for the Corporation in connection with the preparation and filing of the petition with the Bankruptcy Court and the prosecution of the reorganization case commenced by such filing; and be it further

**RESOLVED,** that the proper officers of the Corporation be, and each of them hereby is, individually authorized, directed and empowered, on behalf of the Corporation, to cause the Petition to be filed with the Bankruptcy Court; and be it further

**RESOLVED**, that the proper officers of the Corporation be, and each of them hereby is, authorized and directed to take all such further action, to execute, deliver and file all such further instruments and documents, and to do all such further things, in the name and on behalf of the Corporation, and to pay all such fees, expenses and taxes, as in their judgment may be necessary or advisable in order to carry out fully the intent and accomplish the purposes of the foregoing resolutions (such actions and/or payment by any such officers to constitute conclusive evidence of such officers' determination and approval of the necessity and appropriateness thereof); and be it further

**RESOLVED**, that any and all lawful actions taken by the proper officers of the Corporation in connection with the foregoing resolutions, including, without limitation, all acts, matters and things made, done, executed, delivered and performed by any of them on behalf of the Corporation in connection with the foregoing resolutions be, and they hereby are, severally ratified, confirmed, approved and adopted in all respects as actions in the name and on behalf of the Corporation, it being the intent of the Board to confer upon all such actions the same authority and effect as if each of such actions had been approved by the Board.

IN WITNESS WHEREOF, the undersigned hereto have executed this Written Consent as of the 18th day of July, 2018

*/s/ Thomas Zuber*
Thomas Zuber, Director

**Fill in this information to identify your case:**

Debtor 1: Zuber Brewing Company
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 104
## List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Internal Revenue Service
Creditor's Name
50   West State Street
Number    Street

Trenton    NJ    08608
City    State    ZIP Code
C. Davis-Carroll
Contact
908-301-2317
Contact phone

What is the nature of the claim? Payroll taxes     $150,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
Value of security:    – $ _____
Unsecured claim    $ _____

**2**
Iron Heart Canning
Creditor's Name
9825   Atlee Common Drive
Number    Street
No. 110

Ashland    VA    23005
City    State    ZIP Code
Rachel Rines
Contact
_____
Contact phone

What is the nature of the claim? Canning services     $20,136.42

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
Value of security:    – $ _____
Unsecured claim    $ _____

Official Form 104    List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| | | | Unsecured claim |
|---|---|---|---|
| **3** | **Brewers Supply Group**<br>Creditor's Name<br>800  1st Avenue W<br>Number   Street<br><br>Shakopee   MN   55379<br>City   State   ZIP Code<br><br>Contact<br>925-224-1380<br>Contact phone | What is the nature of the claim? **Trade vendor**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):  $ _____<br>Value of security:  – $ _____<br>Unsecured claim  $ _____ | $ 11,447.12 |
| **4** | **Kabbage, Inc.**<br>Creditor'130s Name<br>130  West 25th Street<br>Number   Street<br>8th floor<br><br>New York   NY   10001<br>City   State   ZIP Code<br><br>Contact<br>212-255-5223<br>Contact phone | What is the nature of the claim? **Cash advances**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):  $ _____<br>Value of security:  – $ _____<br>Unsecured claim  $ _____ | $ 6,997.64 |
| **5** | **Airgas**<br>Creditor's Name<br>490  Stelton Road<br>Number   Street<br><br>Piscataway   NJ   08854<br>City   State   ZIP Code<br><br>Contact<br>732-752-4500<br>Contact phone | What is the nature of the claim? **Trade vendor**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):  $ _____<br>Value of security:  – $ _____<br>Unsecured claim  $ _____ | 3,527.43 |
| **6** | **LD Carlson**<br>Creditor's Name<br>463  Portage Road<br>Number   Street<br><br>Kent   OH   42240<br>City   State   ZIP Code<br><br>Contact<br>800-321-0315<br>Contact phone | What is the nature of the claim? **Trade vendor**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):  $ _____<br>Value of security:  – $ _____<br>Unsecured claim  $ _____ | $ 3,375.29 |
| **7** | **Hercules Industrial Equipment**<br>Creditor's Name<br>129  Lincoln Blvd.<br>Number   Street<br><br>Middlesex   NJ   08846<br>City   State   ZIP Code<br><br>Contact<br>732-564-9891<br>Contact phone | What is the nature of the claim? **Trade debt**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):  $ _____<br>Value of security:  – $ _____<br>Unsecured claim  $ _____ | $ 3,000.00 |

Debtor 1  **Zuber Brewing Company**
Name

Case number (if known) _____

Unsecured claim

---

**8** **Grandstand Glassware + Apparel**
Creditor's Name
3840  Greenway Circle
Number  Street

Lawrence    KS    66046
City    State    ZIP Code

Contact
785-843-8888
Contact phone

What is the nature of the claim?  Trade supplies    $2,134.20

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
   Value of security:    − $ _____
   Unsecured claim           $ _____

---

**9** **American Express**
Creditor's Name
P. O.  Box 1270
Number  Street

Newark    NJ    07101-1270
City    State    ZIP Code

Contact
800-528-4800
Contact phone

What is the nature of the claim?  Credit card    $2,116.75

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
   Value of security:    − $ _____
   Unsecured claim           $ _____

---

**10** **David Rawlins**
Creditor's Name
416  Patton Avenue
Number  Street

Piscataway    NJ    08854
City    State    ZIP Code

Contact
732-563-1379
Contact phone

What is the nature of the claim?  loan    $2,451.49

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
   Value of security:    − $ _____
   Unsecured claim           $ _____

---

**11** **IMC Capital LLC**
Creditor's Name
12100  Wilshire Blvd.
Number  Street
Suite 1750

Los Angeles    CA    90025
City    State    ZIP Code

Contact
310-571-9756
Contact phone

What is the nature of the claim?  Cash advance    $1,721.57

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
   Value of security:    − $ _____
   Unsecured claim           $ _____

---

**12** **US Bank**
Creditor's Name
P. O.  Box 6352
Number  Street

Fargo    ND    58125-6352
City    State    ZIP Code

Contact
866-485-4545
Contact phone

What is the nature of the claim?  Credit card    $1,370.42

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
   Value of security:    − $ _____
   Unsecured claim           $ _____

---

Official Form 104    **List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

Debtor 1  **Zuber Brewing Company**
Name

Case number (if known) _____

**Unsecured claim**

---

**13** Graziano Piasecki & Whitelaw
Creditor's Name
239  US Rte 22
Number  Street

Green Brook  NJ  08812
City  State  ZIP Code

Contact
732-560-1616
Contact phone

What is the nature of the claim? **Legal services**    $ **741.63**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):  $ _____
Value of security:  – $ _____
Unsecured claim  $ _____

---

**14** Time Payment Corp
Creditor's Name
1600  District Avenue
Number  Street
Suite 200

Burlington  MA  0183
City  State  ZIP Code

Contact
877-868-3800
Contact phone

What is the nature of the claim? **Lease payment**    $ **376.27**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
Value of security:  – $ _____
Unsecured claim  $ _____

---

**15** Amicus Funding Group
Creditor's Name
538  First Avenue North
Number  Street

St. Petersburg  FL  33701
City  State  ZIP Code

Contact
727-209-1200
Contact phone

What is the nature of the claim? **Lease payment**    $ **347.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
Value of security:  – $ _____
Unsecured claim  $ _____

---

**16** eLease
Creditor's Name
538  1st Avenue North
Number  Street

St. Petersbug  FL  33701
City  State  ZIP Code
800-499-2577
Contact

J. Thomas Williams
Contact phone

What is the nature of the claim? **Lease payment**    $ **430.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
Value of security:  – $ _____
Unsecured claim  $ _____

---

**17** Porzio Bromberg & Newman
Creditor's Name
100  Southgate Pkwy.
Number  Street

Morristown  NJ  07960-1997
City  State  ZIP Code

Contact
973-538-4006
Contact phone

What is the nature of the claim? **Legal services**    $ **150.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
Value of security:  – $ _____
Unsecured claim  $ _____

---

Official Form 104    List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1  **Zuber Brewing Company**　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　　Name

**Unsecured claim**

### 18

Creditor's Name

Number　　Street

City　　State　　ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
　　　　Value of security:　　　－ $ _____
　　　　Unsecured claim　　　　　 $ _____

### 19

Creditor's Name

Number　　Street

City　　State　　ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
　　　　Value of security:　　　－ $ _____
　　　　Unsecured claim　　　　　 $ _____

### 20

Creditor's Name

Number　　Street

City　　State　　ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
　　　　Value of security:　　　－ $ _____
　　　　Unsecured claim　　　　　 $ _____

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X *[signature: Thomas Zuber]*　　　　　　　　　　X _____
Signature of Debtor 1　　　　　　　　　　　　　　　Signature of Debtor 2

Date  7/18/2018 　　　　　　　　　　　　　　　　　Date _____
　MM / DD / YYYY　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Official Form 104　　List of Creditors Who Have the 20 Largest Unsecured Claims　　　　page 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*IN RE:*

Zuber Brewing Company,
*d/b/a* Demented Brewing Co.

Debtor.

**VERIFICATION OF CREDITOR MAILING LIST**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(2), the Debtor certifies under penalty of perjury that that the attached mailing list of creditors consisting of three (3) sheet(s) is complete, correct, and sets forth the names and mailing addresses of all creditors who will be identified in the Debtor's schedules, which will be filed within 14 days of the filing of the Petition.

Dated: July 18, 2018

                                            Zuber Brewing Company, *d/b/a* Demented Brewing Co.

                                            By: _____
                                                   Thomas Zuber

Airgas
490 Stelton Rd
Piscataway Township, NJ  08854

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Amicus Funding Group, LLC
538 First Avenue North
Saint Petersburg, FL 33701

Atlas Keg Company, LLC
P. O. Box 59291
Birmingham, AL 35259

Bank of America Credit Card
100 North Tryon Street
Charlotte, NC 28202

Brewers Supply Group
800 1st Ave W
Shakopee, MN 55379

Century Label
12836 South Dixie Highway
Bowling Green, OH  43402-9697

eLease Funding, Inc.
538 First Avenue North
Saint Petersburg, FL 33701

Rosemary Finnerty
1420 Campbell St
Rahway, NJ 07065

Graziano Piasecki & Whitelaw
239 US-22
Green Brook Township, NJ 08812

Internal Revenue Service
One State St. Square
50 West State Street
Trenton, NJ  0868

IMC Capital, LLC
12100 Wilshire Blvd.
Suite 1750
Los Angeles, CA 90025

Kabbage
130 W 25th St
8th floor
New York, NY 10001

Iron Heart Canning
9825 Atlee Commons Dr  #110
Ashland, VA  23005

Porzio Bromberg & Newman
100 Southgate Pkwy
Morristown, NJ  07960-1997

Taranto and Associates
1263 NJ-31
Lebanon, NJ 08833

Time Payment Corp.
1600 District Avenue
Suite 200
Burlington, MA 01803

Time Payment Corp.
16 N.E. Executive Park
No. 200
Burlington, MA 01803

Hercules Industrial Equipment
129 Lincoln Blvd
Middlesex, NJ 08846

Grandstand
3840 Greenway Circle
Lawrence, KS  66046

LD Carlson
463 Portage Blvd.
Kent, OH  44240

N.J. Division of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695-0245

David Rawlins
416 Patton Avenue
Piscataway, NJ 08854

Square Capital
455 Market Street
Suite 600
San Francisco CA 94105

U.S. Bank
P.O. Box 6352
Fargo, ND 58125-6352

Thomas Zuber
312 Moonlight Drive
Piscataway, NJ 08854

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*IN RE:*

Zuber Brewing Company,
*d/b/a* Demented Brewing Co.

                         Debtor.

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the Debtor certifies under penalty of perjury that no corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Dated: July 18, 2018

                                     Zuber Brewing Company, *d/b/a* Demented Brewing Co.

                                       By: _____
                                                Thomas Zuber