**Fill in this information to identify the case and this filing:**

Debtor Name  Zuber Brewing Company

United States Bankruptcy Court for the: _____  District of  New Jersey
State

Case number *(If known)*:  18-24404 (KCF)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 31, 2018          x  _Thomas Zuber_____
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                       Thomas Zuber
                                       Printed name

                                       President
                                       Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __Zuber Brewing Company__

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number (If known): __18-24404 (KCF)__

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/18 MM / DD / YYYY | to | Filing date | ☒ Operating a business ☐ Other _____ | $ 332,809.00 |
| For prior year: | From 1/1/2016 MM / DD / YYYY | to | 12/31/16 MM / DD / YYYY | ☒ Operating a business ☐ Other _____ | $ 915,914.00 |
| For the year before that: | From 01/01/15 MM / DD / YYYY | to | 12/31/15 MM / DD / YYYY | ☒ Operating a business ☐ Other _____ | $ 527,082.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| For prior year: | From _____ MM / DD / YYYY | to | _____ MM / DD / YYYY | _____ | $ _____ |
| For the year before that: | From _____ MM / DD / YYYY | to | _____ MM / DD / YYYY | _____ | $ _____ |

| Debtor | Zuber Brewing Company | Case number (if known) 18-24404 (KCF) |
|--------|----------------------|----------------------------------------|
| | Name | |

---

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 2:**</div>  **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Rosenthal Realty<br>*Creditor's name*<br>333 Cedar Avenue<br>*Street*<br><br>Middlesex    NJ    08846<br>*City    State    ZIP Code* | _____<br>_____<br>_____ | $ 14,926.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  rent |
| 3.2. | Taranto & Associates<br>*Creditor's name*<br>*Street*<br>1263 NJ-31<br>Lebanon    NJ    08833<br>*City    State    ZIP Code* | _____<br>_____ | $ 8,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Rosemary Finnerty<br>*Insider's name*<br>1420 Campbell Street<br>*Street*<br>Apt. 425<br>Rahway    NJ    07065<br>*City    State    ZIP Code*<br><br>**Relationship to debtor**<br>former officer | 7/2017<br><br>thru<br><br>5/2018 | $ 10,817.00 | reimburse monthly loan payments |
| 4.2. | _____<br>*Insider's name*<br>_____<br>*Street*<br>_____<br>*City    State    ZIP Code*<br><br>**Relationship to debtor**<br>_____ | _____ | $ _____ | _____ |

Debtor    Zuber Brewing Company                                          Case number (if known) 18-24404 (KCF)
         _____                                                     _____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| 5.2. | | | _____ | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | _____ | $ _____ |
| | Street | | | |
| | City          State    ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

| Debtor | Zuber Brewing Company | Case number (if known) | 18-24404 (KCF) |
|---|---|---|---|
| | Name | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City          State          ZIP Code | | Street |
| | Date of order or assignment | |
| | | City          State          ZIP Code |

---

**Part 4:     Certain Gifts and Charitable Contributions**

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:     Certain Losses**

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

---

Debtor   Zuber Brewing Company                                    Case number (if known)   18-24404 (KCF)
         Name

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 _____ | _____ | _____ | $ _____ |
| **Address** _____ | _____ | | |
| Street | | | |
| _____ | | | |
| City          State        ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $ _____ |
| **Address** _____ | _____ | | |
| Street | | | |
| _____ | | | |
| City          State        ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| **Trustee** | | | |
| _____ | _____ | | |

---

| Debtor | Zuber Brewing Company | Case number (if known) | 18-24404 (KCF) |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | Address | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | Address | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 4 Shadowlawn Drive | From | 6/2013 | To  1/2018 |
| | Street | | | |
| | Colonia                NJ          07067 | | | |
| | City          State          ZIP Code | | | |
| 14.2. | _____ | From | _____ | To  _____ |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |

| Debtor | Zuber Brewing Company | Case number (*if known*) | 18-24404 (KCF) |
|---|---|---|---|
| | Name | | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____     _____

Facility name

                                    **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

Street      **How are records kept?**

_____     _____   *Check all that apply:*

_____     _____   ☐ Electronically

City      State      ZIP Code      ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2. _____     _____

Facility name

                                    **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

Street      **How are records kept?**

_____     _____   *Check all that apply:*

_____     _____   ☐ Electronically

City      State      ZIP Code      ☐ Paper

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

           **Name of plan**      **Employer identification number of the plan**

      _____      EIN: _____ - _____

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

Debtor    <u>Zuber Brewing Company</u>    Case number (*if known*)  <u>18-24404 (KCF)</u>
          Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | BCB Bank<br>Name<br><br>Street<br>1379 St. Georges Avenue<br>Colonia    NJ    07067<br>City    State    ZIP Code | XXXX– 0651 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br><br>☐ Other _____ | 04/22/17 | $601.24 |
| 18.2. | TD Taxes<br>Name<br><br>Street<br>1000 Washington Avenue<br>Green Brook NJ    08812<br>City    State    ZIP Code | XXXX– 3680 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br><br>☐ Other _____ | | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____<br><br>Street _____<br><br>City    State    ZIP Code | _____<br>_____<br><br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Warehouse<br>Name<br><br>554 Lincoln Blvd<br>Street<br><br>Middlesex    NJ    08846<br>City    State    ZIP Code | Brewers, Management<br>_____<br><br>Address<br>_____<br>_____ | Dry-storage / barrels<br>_____<br>_____ | ☐ No<br>☒ Yes |

| Debtor | Zuber Brewing Company | | Case number (if known) 18-24404 (KCF) |
|---|---|---|---|
| | Name | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ _____ |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City          State          ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Debtor | Zuber Brewing Company | | Case number (if known) | 18-24404 (KCF) |
|---|---|---|---|---|
| | Name | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| | | _____ | |
| Street | Street | _____ | |
| | | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

<hr>

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | _____<br>_____ | EIN: _____ – _____<br>**Dates business existed** |
| | Street | | |
| | _____ | | From _____ To _____ |
| | City        State        ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | _____<br>Name | _____<br>_____ | EIN: _____ – _____<br>**Dates business existed** |
| | Street | | |
| | _____ | | From _____ To _____ |
| | City        State        ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | _____<br>Name | _____<br>_____ | EIN: _____ – _____<br>**Dates business existed** |
| | Street | | |
| | _____ | | From _____ To _____ |
| | City        State        ZIP Code | | |

| Debtor | Zuber Brewing Company | Case number (if known) | 18-24404 (KCF) |
|--------|-----------------------|------------------------|----------------|
|        | Name                  |                        |                |

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|

26a.1.  **Jeffrey Greczek**
Name

**PO Box 1**
Street

**Middlesex**            **NJ**            **08846**
City                     State            ZIP Code

Dates of service

From   02/2018  To   Present

| Name and address | Dates of service |
|------------------|------------------|

26a.2.
Name

Street

City                     State            ZIP Code

From _____  To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|------------------|------------------|

26b.1.
Name

Street

City                     State            ZIP Code

From _____  To _____

26b.2.
Name

Street

City                     State            ZIP Code

From _____  To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26c. 1.  **Taranto & Associates**
Name

Street
**1263 NJ-31**
**Lebanon**            **NJ**            **08833**
City                   State            ZIP Code

| Debtor | Zuber Brewing Company | Case number(if known) | 18-24404 (KCF) |
|---|---|---|---|
| | Name | | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | |
| | Street | |
| | City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Hanover Insurance
         Name

         Street
         400 Atrium Drive, 5ᵗʰ Floor
         Somerset              NJ          08873
         City                  State       ZIP Code

**Name and address**

26d.2.
         Name

         Street

         City                  State       ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Thomas Zuber | 12/31/17 | $ -23,456.00 |

Name and address of the person who has possession of inventory records

27.1.    Thomas Zuber
         Name

         Street
         312 Moonlight Drive
         Piscataway            NJ          08854
         City                  State       ZIP Code

| Debtor | Zuber Brewing Company | Case number(if known) | 18-24404 (KCF) |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ _____ |

**Name and address of the person who has possession of inventory records**

27.2.

Name _____

Street _____

City _____ State _____ ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Zuber | 312 Moonlight Drive, Piscataway NJ 08854 | President | 100 |
| | | | |
| | | | |
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rosemary Finnerty | 1420 Campbell St., Apt 425 Rahway, NJ 07065 | Secretary | From 04/15 To 7/01/18 |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Rosemary Finnerty | 10,817 | monthly | loans paid |
| Name | | | |
| 1420 Campbell Street,    Apt 425 | | | |
| Street | | 7/2017 | |
| Rahway        NJ        07065 | | thru | |
| City        State        ZIP Code | | 5/2018 | |
| Relationship to debtor | | 4/18 | |
| Secretary | | | |

Debtor    __Zuber Brewing Company_____     Case number (if known) 18-24404 (KCF)
          Name

---

|  | Name and address of recipient |  |  |  |
|---|---|---|---|---|
| 30.2 | | | | |
| | Name | | | |
| | Street | | | |
| | City                    State              ZIP Code | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ - _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ - _____ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/31/2018
            MM / DD / YYYY

X _Thomas Zuber_____     Printed name Thomas Zuber
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

---

**Fill in this information to identify the case:**

Debtor name _Zuber Brewing Company_

United States Bankruptcy Court for the: _____ District of _New Jersey_
(State)

Case number (If known): _18-24404 (KCF)_

☒ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TD Bank | Checking | 3896 | $ 0.00 |
| 3.2. | TD Bank | Operating Cash | 3672 | $ 0.00 |

4. **Other cash equivalents** (*Identify all*)

| 4.1. | _____ | $ _____ |
|---|---|---|
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ _____

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | Rosenthal Realty | $ 5,941.00 |
|---|---|---|
| 7.2. | Rosenthal Realty | $ 8,034.00 |

Debtor    Zuber Brewing Company
Name

Case number (if known)    18-24404 (KCF)

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $ _____

   8.2. _____    $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $    13,975.00

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  |  | **Current value of debtor's interest** |
    |---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ......➔    $ _____
    face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ......➔    $ _____
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. _____    _____ %    _____    $ _____

    15.2. _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 2

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Zuber Brewing Company                         Case number (if known)  18-24404 (KCF)
        Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. Raw materials | 12/31/17 <br> MM / DD / YYYY | $ 7,722.00 | Cost | $ 7,722.00 |
| 20. Work in progress | 12/31/17 <br> MM / DD / YYYY | $ 3,854.00 | Cost | $ 3,854.00 |
| 21. Finished goods, including goods held for resale | 12/31/17 <br> MM / DD / YYYY | $ 5,952.00 | Cost | $ 5,952.00 |
| 22. Other inventory or supplies | 12/31/17 <br> MM / DD / YYYY | $ 5,928.00 | Cost | $ 5,928.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 23,456.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. ~~Crops—either planted or harvested~~ | $ | | $ |
| 29. ~~Farm animals Examples: Livestock, poultry, farm-raised fish~~ | $ | | $ |
| 30. ~~Farm machinery and equipment (Other than titled motor vehicles)~~ | $ | | $ |
| 31. ~~Farm and fishing supplies, chemicals, and feed~~ | $ | | $ |
| 32. ~~Other farming and fishing-related property not already listed in Part 6~~ | $ | | $ |

---

Debtor    Zuber Brewing Company                                    Case number (if known)  18-24404 (KCF)
          Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 3 laptops and 1 printer | $ _____ | _____ | $  500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                                    $  500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☒ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No
   ☐ Yes

Debtor    Zuber Brewing Company _____    Case number (if known) 18-24404 (KCF)
          Name

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2002 Mercedes Sprinter WDZYD2414253 | $ 63,833.00 | S/L 5 years | $ 2,250.00 |
| 47.2  1997 GMC Sierra 16KKc34F4VJ506430 | $ 1,400.00 | S/L 5 years | $ 1,400.00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Brewing Equipment | $ 210,751.00 | S/L 7 years | $ 210,751.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$ 214,401.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | Zuber Brewing Company | Case number *(if known)* 18-24404 (KCF) |
|---|---|---|
| | Name | |

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 600 LIncoln Blvd, Middlesex NJ | Leased Warehouse | $ 0 | | $ 0.00 |
| 55.2 554 LIncoln Blvd, Middlesex NJ | Leased Warehouse | $ 0 | | $ 0.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trademarks | $ 6,770.00 | 15-yr amortization | $ 6,720.00 |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 6,720.00

---

| Debtor | Zuber Brewing Company | Case number (if known) | 18-24404 (KCF) |
|---|---|---|---|
| | Name | | |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☒ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:    All other assets**

---

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

<table>
<tr><td></td><td></td><td>Current value of debtor's interest</td></tr>
</table>

**71.  Notes receivable**

Description (include name of obligor)

_____     −     _____  = ➜   $ _____
                          Total face amount        doubtful or uncollectible amount

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____

_____   Tax year _____   $ _____

_____   Tax year _____   $ _____

**73.  Interests in insurance policies or annuities**

_____                          $ _____

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $ _____

Nature of claim          _____

Amount requested        $ _____

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $ _____

Nature of claim          _____

Amount requested        $ _____

**76.  Trusts, equitable or future interests in property**

_____                          $ _____

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $ _____

_____                          $ _____

**78.  Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90                          $ _____

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Zuber Brewing Company | Case number (if known) | 18-24404 (KCF) |
| --- | --- | --- | --- |
| | Name | | |

---

### Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 13,975.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 23,456.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 214,401.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 6,720.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................91a. | $ 258,552.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................  $ 258,552.00

**Fill in this information to identify the case:**

Debtor name __Zuber Brewing Company__

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number (If known): __18-24404 (KCF)__

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien _____

$ _____    $ _____

Creditor's mailing address _____

_____

_____

Describe the lien _____

Creditor's email address, if known _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

**2.2** Creditor's name _____

Describe debtor's property that is subject to a lien _____

$ _____    $ _____

Creditor's mailing address _____

_____

_____

Describe the lien _____

Creditor's email address, if known _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Zuber Brewing Company |
| United States Bankruptcy Court for the: | District of **New Jersey** (State) |
| Case number (if known) | 18-24404 (KCF) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7346<br><br>**Date or dates debt was incurred**<br>2017-2018<br><br>**Last 4 digits of account number** _ _ _ _<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)(C) | As of the petition filing date, the claim is: $   **Check all that apply.**<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Payroll taxes<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 150,000.00 | $ 150,000.00 |
| **2.2** Priority creditor's name and mailing address<br>Christopher Bubnick<br>280 River Road, Apt. 52B<br>Newark, NJ  07101<br><br>**Date or dates debt was incurred**<br>July 2018<br><br>**Last 4 digits of account number** _ _ _ _<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: $   **Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>wages<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 46.71 | $ 46.71 |
| **2.3** Priority creditor's name and mailing address<br>Jacquelynn Gomez<br>16 Victory Court<br>Dover, NJ  07801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** _ _ _ _<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: $   **Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>wages<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 82.88 | $ 82.88 |

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

$ 586.25  $ 586.25

Jeffrey Greczek
518 Hancock Street
Middlesex, NJ 08846

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
wages

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (4)

**2.5** Priority creditor's name and mailing address

$ 303.60  $ 303.60

Michael Jones
181 First Street
Middlesex, NJ  08846

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (4)

**2.6** Priority creditor's name and mailing address

$ 256.20  $ 256.20

Rachel Jandak
5 Deer Head Drive
Bound Brook, NJ 08805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
wages

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.7** Priority creditor's name and mailing address

$ 49.07  $ 49.07

Matthew Kennedy
206 Daval Road
Hillsborough, NJ  08844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (4)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    __Zuber Brewing Company__
          Name

Case number (if known) __18-24404 (KCF)__

---

**Part 1.    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

| 2.8 | Priority creditor's name and mailing address | $ 625.00 | $ 625.00 |

Austen Tangen
18 Oxford Road
Manalapan, NJ  07726

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
Wages

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | $ 953.24 | $ 95324 |

Michael Adamski
231 Giles Avenue
Middlesex, NJ  08846

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
wages

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

| 2.10 | Priority creditor's name and mailing address | $ 1257.11 | $ 1257.11 |

David Rawlins
416 Patton Avenue
Piscataway, NJ  08854

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
Wages

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.11 | Priority creditor's name and mailing address | $ 327.64 | $ 327.64 |

Liz Carrasquillo
33 Sycamore Road
Middlesex, NJ 08846

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

page _3_ of _8_

American LegalNet, Inc.
www.FormsWorkFlow.com

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 741.63 |
|---|---|---|
| Graziano Piasecki & Whitelaw | ☐ Contingent | |
| 239 US-22 | ☐ Unliquidated | |
| GreenBrook, NJ  08812 | ☐ Disputed | |
| | **Basis for the claim:** Professional Services | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No | |
| | ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 3,000.00 |
|---|---|---|
| Hercules Industrial Equipment | ☐ Contingent | |
| 129 Lincoln Blvd | ☐ Unliquidated | |
| Middlesex, NJ  08846 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No | |
| | ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 20,136.42 |
|---|---|---|
| Iron Heart Canning | ☐ Contingent | |
| 9825 Atlee Commons Dr #110 | ☐ Unliquidated | |
| Ashland, VA  23005 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No | |
| | ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 6,977.64 |
|---|---|---|
| Kabbage | ☐ Contingent | |
| 130 West 25th St, 8th Floor | ☐ Unliquidated | |
| New York, NY  10001 | ☐ Disputed | |
| | **Basis for the claim:** loan | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No | |
| | ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 3,375.95 |
|---|---|---|
| LD Carson | ☐ Contingent | |
| 463 Portage Blvd | ☐ Unliquidated | |
| Kent, OH  44240 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No | |
| | ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 150.00 |
|---|---|---|
| PBN Law | ☐ Contingent | |
| 100 Southgate Pkwy | ☐ Unliquidated | |
| Morristown, NJ  07960 | ☐ Disputed | |
| | **Basis for the claim:** Professional Services | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No | |
| | ☐ Yes | |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

David Rawlins

416 Patton Avenue
Piscataway, NJ 08854

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 2,541.49

Basis for the claim: Personal Loan

Date or dates debt was incurred    2017-2018

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Square Capital

455 Market Street, Suite 600
San Francisco, CA  94105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40,671.24

Basis for the claim: Merchant Advance

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Taranto & Associates

1263 NJ-31
Lebanon, NJ  08833

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 100.00

Basis for the claim: Accounting services

Date or dates debt was incurred    June 2018

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

US Bank

PO Box 6352
Fargo, ND  58125

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,370.42

Basis for the claim: Credit Card

Date or dates debt was incurred    2018

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

VIP Brewing   (Hunderdon Distributor)

12 Coddington Road
White House Station, NJ  08889

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,906.72

Basis for the claim: Distributor

Date or dates debt was incurred    2018

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

---

page 5 of 8

| Debtor | Zuber Brewing Company | Case number *(if known)* | 18-24404 (KCF) |
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.12** | Nonpriority creditor's name and mailing address

Airgas

490 Stelton Road

Piscataway, NJ  08854

As of the petition filing date, the claim is:     $  3,527.43

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  trade vendor

Date or dates debt was incurred     July 2018

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.13** | Nonpriority creditor's name and mailing address

American Express

P O Box 1270

Newark, NJ  07101

As of the petition filing date, the claim is:     $  2,116.75

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  credit card

Date or dates debt was incurred     2018

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.14** | Nonpriority creditor's name and mailing address

Bank of America

100 North Tryon Street

Charlotte, NC  28202

As of the petition filing date, the claim is:     $  100.00

*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  credit card

Date or dates debt was incurred     2018

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.15** | Nonpriority creditor's name and mailing address

Brewers Supply Company

800 First Ave., NW

Shakopee, MN  55379

As of the petition filing date, the claim is:     $  11,447.12

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  trade vendot

Date or dates debt was incurred     2018

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.16** | Nonpriority creditor's name and mailing address

Century Labels

12836 South Dixie Highway

Bowling Green, OH 43402

As of the petition filing date, the claim is:     $  423.27

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  vendor

Date or dates debt was incurred     2018

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

page __6__ of __8__

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Zuber Brewing Company | Case number (if known) 18-24404 (KCF) |
|---|---|---|
|  | Name |  |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.16**  Nonpriority creditor's name and mailing address

Rosemary Finnerty

1420 Campbell Street, Apt. 425

Rahway, NJ  07065

As of the petition filing date, the claim is:    $          19,933.00

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  loan

| Date or dates debt was incurred | 2017-2018 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ | ☒ No  ☐ Yes |

**3.17**  Nonpriority creditor's name and mailing address

Thomas Zuber

312 Moonlight Drive

Piscataway, NJ  08854

As of the petition filing date, the claim is:    $          197,000.00

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  loan

| Date or dates debt was incurred | 2015-2017 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ | ☒ No  ☐ Yes |

**3.18**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ | ☐ No  ☐ Yes |

**3.19**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ | ☐ No  ☐ Yes |

**3.20**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ | ☐ No  ☐ Yes |

page **7** of **8**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____
    Name

Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 154,487.70 |
| 5b. Total claims from Part 2 | 5b. **+** $ | 320,539.08 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c $ | 475,026.78 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name   Zuber Brewing Company

United States Bankruptcy Court for the: _____   District of   New Jersey
                                                         (State)

Case number (If known):   18-24404 (KCF)         Chapter   11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Rosenthal Realty LLP |
| | | Brewery / Warehouse | 333 Cedar Avenue |
| | | | Middlesex, NJ  08846 |
| | **State the term remaining** | 1 year 4 months | |
| | **List the contract number of any government contract** | 1 year 11 months | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease | Time Payment Corp. |
| | | Walk-in Cooler | 16 N.E. Executive Park #200 |
| | | | Burlington, MA  01803 |
| | **State the term remaining** | 2 months | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease | TimePayment Corp. |
| | | Canning Equipment | 16 N.E. Executive Park #200 |
| | | | Burlington, MA  01803 |
| | **State the term remaining** | 15 months | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease | IMC Captital LLC |
| | | 2- 30 barrell fermenters; 1 30 barrell brite tank; Zahm meter | 12100 Wilshire Blvd, Ste 1750 |
| | | | Los Angeles, CA  90025 |
| | **State the term remaining** | 32 months | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease | e-Lease Funding |
| | | 20-Barrell Fermenter | 538 First Avenue North |
| | | | Saint Petersburg, FL  33701 |
| | **State the term remaining** | 11 months | |
| | **List the contract number of any government contract** | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases

| Debtor | Zuber Brewing Company | Case number (*if known*) 18-24404 (KCF) |
|---|---|---|
| | Name | |

<div style="background:black"> </div> **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**

| State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Amicus Funding Group LLC |
|---|---|---|
| | 2 Barrell Fermenter and brite tank | |
| State the term remaining | | 538 First Avenue North |
| List the contract number of any government contract | 14 months | Saint Petersburg, FL 33701 |

**2._**

| State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Landsberg Engineered Packaging Solutions |
|---|---|---|
| | Canning line | 6600 Valley View Street |
| State the term remaining | | Bucna Park, CA 90620 |
| List the contract number of any government contract | 60 months | |

**2._**

| State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Atlas Keg Company |
|---|---|---|
| | Keg Application | c/o Keg Logistics |
| State the term remaining | | 9360 Station Street, Ste 325 |
| List the contract number of any government contract | 66 months | Lone Tree, CO 80126 |

**2._**

| State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Atlas Keg Company |
|---|---|---|
| | Keg Schedule 2 | c/o Keg Logistics |
| State the term remaining | | 9360 Station Street, Ste 325 |
| List the contract number of any government contract | 68 months | Lone Tree, CO 80126 |

**2._**

| State what the contract or lease is for and the nature of the debtor's interest | Lease | Atlas Keg Company |
|---|---|---|
| | Keg Schedule 3 | c/o Keg Logistics |
| State the term remaining | | 9360 Station Street, Ste 325 |
| List the contract number of any government contract | 71 months | Lone Tree, CO 80126 |

**2._**

| State what the contract or lease is for and the nature of the debtor's interest | Lease | Atlas Keg Company |
|---|---|---|
| | Keg Schedule 4 | c/o Keg Logistics |
| State the term remaining | | 9360 Station Street, Ste 325 |
| List the contract number of any government contract | 73 months | Lone Tree, CO 80126 |

**2._**

| State what the contract or lease is for and the nature of the debtor's interest | Lease | Atlas Keg Company |
|---|---|---|
| | Keg Schedule 5 | c/o Keg Logistics |
| State the term remaining | | 9360 Station Street, Ste 325 |
| List the contract number of any government contract | 92 months | Lone Tree, CO 80126 |

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**

**Fill in this information to identify the case:**

Debtor name   Zuber Brewing Company

United States Bankruptcy Court for the: _____ District of   New Jersey
                                                        (State)

Case number (If known):   18-24404 (KCF)

☒ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 | Rosemary Finnerty | 1420 Campbell Street, Apt. 425 <br> Street <br> Rahway   NJ   07065 <br> City   State   ZIP Code | Equipment Leases | ☐ D <br> ☒ E/F <br> ☒ G |
| 2.2 | Thomas Zuber | 312 Moonlight Drive <br> Street <br> Piscataway   NJ   08854 <br> City   State   ZIP Code | Equipment and Building Leases | ☐ D <br> ☒ E/F <br> ☒ G |
| 2.3 | _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

page 1 of one

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____
Name

Case number *(if known)* _____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

2.__  _____  
Street _____  
City   State   ZIP Code  
☐ D  ☐ E/F  ☐ G

2.__  _____  
Street _____  
City   State   ZIP Code  
☐ D  ☐ E/F  ☐ G

2.__  _____  
Street _____  
City   State   ZIP Code  
☐ D  ☐ E/F  ☐ G

2.__  _____  
Street _____  
City   State   ZIP Code  
☐ D  ☐ E/F  ☐ G

2.__  _____  
Street _____  
City   State   ZIP Code  
☐ D  ☐ E/F  ☐ G

2.__  _____  
Street _____  
City   State   ZIP Code  
☐ D  ☐ E/F  ☐ G

2.__  _____  
Street _____  
City   State   ZIP Code  
☐ D  ☐ E/F  ☐ G

2.__  _____  
Street _____  
City   State   ZIP Code  
☐ D  ☐ E/F  ☐ G

page _____ of _____



**Fill in this information to identify the case:**

Debtor name    Zuber Brewing Company

United States Bankruptcy Court for the: _____  District of New Jersey
(State)

Case number (If known):    18-24404 (KCF)

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B*...............................................................................................

$0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ...........................................................................................

$258,552.00

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B*...............................................................................................

$258,552.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................................

$0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

$154487.70

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

**+** $ 320,539.08

4. **Total liabilities** ........................................................................................................................

    Lines 2 + 3a + 3b

$475,026.78